Matter of Nelson (2024 NY Slip Op 03122)

Matter of Nelson

2024 NY Slip Op 03122

Decided on June 6, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 6, 2024

PM-116-24
[*1]In the Matter of Nathan Hoye Nelson, an Attorney. (Attorney Registration No. 4424198.)

Calendar Date:May 28, 2024

Before:Egan Jr., J.P., Clark, Aarons, Pritzker and Powers, JJ.

Nathan Hoye Nelson, Minneapolis, Minnesota, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Nathan Hoye Nelson was admitted to practice by this Court in 2006 and lists a business address in Minneapolis, Minnesota with the Office of Court Administration. Nelson now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Nelson's application.
Upon reading Nelson's affidavit sworn to April 16, 2024 and filed May 21, 2024, and upon reading the May 22, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Nelson is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.
Egan Jr., J.P., Clark, Aarons, Pritzker and Powers, JJ., concur.
ORDERED that Nathan Hoye Nelson's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Nathan Hoye Nelson's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Nathan Hoye Nelson is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Nelson is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Nathan Hoye Nelson shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.